# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| ROSEANNE PETERS, | )<br>) |
| Plaintiff, | ) Case No. 2:14-cv-01634-MMD-GWF<br>) |
| vs. | ) **ORDER**<br>) |
| WALGREEN CO., and DOES I-X and ROE CORPORATIONS I-X, inclusive; | )<br>)<br>) |
| Defendants. | )<br>) |

This matter is before the Court on Defendant Walgreen Co.'s Motion to Amend the Discovery Plan and Scheduling Order (#16), filed on January 15, 2015.

The Defendant represents that it does not expect an opposition to its request for a 90 day extension. Should Plaintiff wish to file an opposition, it must do so by **January 23, 2015**. Should the Plaintiff choose not to respond, the motion will be granted.

**IT IS SO ORDERED.**

**DATED** this 16th day of January, 2015.

GEORGE FOLEY, JR.
United States Magistrate Judge