UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| ROSEANNE PETERS,<br><br>        Plaintiff,<br><br>vs.<br><br>WALGREEN CO., and DOES I-X and ROE CORPORATIONS I-X, inclusive;<br><br>        Defendants. | Case No. 2:14-cv-01634-MMD-GWF<br><br>**ORDER** |

This matter is before the Court on Defendant Walgreen Co.'s Motion to Amend the Discovery Plan and Scheduling Order (#16), filed on January 15, 2015. Plaintiff was instructed by this Court to respond to the motion, if they wished to do so, by January 23, 2015 (#17). Plaintiff did not file a response.

The Defendant requests a 90 day extension of deadlines in this matter. The Defendant represents that discovery is ongoing and that the parties have been diligent, but there is additional time needed to obtained signed HIPPA releases and medical records, among other materials to be obtained. The Defendant has sufficiently established good cause for granting this extension. The Court will grant the 90 day extension, causing the following deadline to be altered:

1. The discovery cut off date is extended to **July 6, 2015**.

2. The deadline for initial disclosure of expert witness information and reports shall be extended to **May 6, 2015**.

3. The deadline for disclosure of rebuttal experts shall be extended to **June 5, 2015**.

4. The deadline for filing dispositive motions shall be extended to **August 6, 2015**.

. . .

. . .

5. The deadline for filing the Joint Pretrial Order shall be extended to **September 8, 2015**.

**IT IS SO ORDERED**.

**DATED** this 26th day of January, 2015.

_____
GEORGE FOLEY, JR.
United States Magistrate Judge